UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHARLES L. JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOART LONGYEAR COMPANY, a Utah corporation; RICHARD VANDERPLOEG; DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:09-cv-00077-MCE-DAD<br><br><br><br>ORDER |

----oo0oo----

Presently before the Court is Defendant Boart Longyear Company's Motion to Dismiss the Fourth, Fifth, and Ninth Causes of Action as against its former employee, Defendant Richard Vanderploeg, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. Defendant further seeks to sever the Tenth Cause of Action for battery against Defendant Vanderploeg pursuant to Federal Rule of Civil Procedure 21.

///

1

On or about February 4, 2009, Plaintiff's counsel filed a Statement of Non-Opposition to Defendant's Motion. Given that non-opposition, and good cause appearing therefor, Defendant Boart Longyear's Motion (Docket No. 11), is hereby GRANTED.[1] The Fourth, Fifth and Ninth Causes of Action contained in Plaintiff's Complaint, to the extent they are asserted against Defendant Vanderploeg, are dismissed. In addition, the Tenth Cause of Action against Defendant Vanderploeg is severed from the remainder of the instant action.

IT IS SO ORDERED.

Dated: March 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

2