PETER F. SAMUEL Bar #072503
SAMUEL AND SAMUEL
5050 Sunrise Blvd, Suite C-1
Fair Oaks, CA 95628
Telephone: (916) 966-4722
Facsimile: (916) 962-2219
Email:pfsamuel@samuellaw.com

MICHAEL L. CARVER Bar #173633
LABOR LAW OFFICE
A Professional Corporation
1600 Humboldt Road, Suite 3
Chico, CA  95928
Telephone:  (530) 891-8503
Facsimile: (530) 891-8512
Email:carverm@aol.com

Attorneys for Plaintiff,
CHARLES L. JONES

NANCY E. PRITIKIN Bar #102392
LAURA E. HAYWARD Bar #204014
Email : LHayward@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Telephone:  (415) 433-1940
Facsimile:  (415) 743-6674

Attorneys for Defendant,
BOART LONGYEAR COMPANY,
RICHARD VANDERPLOEG

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. JONES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>BOART LONGYEAR COMPANY, a Utah corporation; RICHARD VANDERPLOEG; DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  2:09 CV 00077-MCE-DAD<br><br>**JOINT STIPULATION AMENDING PRETRIAL SCHEDULING ORDER; ORDER** |

1
JOINT STIPULATION AND [PROPOSED] ORDER AMENDING PRETRIAL SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Charles L. Jones ("Plaintiff" or "Jones") and Defendant Boart Longyear Company Inc. ("Defendant" or "Boart") for good cause, hereby stipulate and agree to seek an amendment to the Pretrial Scheduling Order issued on June 4, 2009.

The Parties have agreed to mediation which is scheduled to occur on March 14, 2011 and are actively engaged in discovery and depositions. Additionally, the parties are meeting and conferring on discovery disputes.

The Parties now jointly seek an amendment to the original pre-trial scheduling order to allow sufficient time to resolve discovery issues, engage in mediation and possible resolution. The parties request the following dates be continued:

WHEREBY the Parties request the following dates be continued by approximately 90 days:

(1) Previous Discovery Cut Off Date:           March 9, 2011
    **Proposed** Non-Expert Discovery Cut Off:  June 20, 2011

(2) Previous Disclosure of Expert Witnesses date:  May 9, 2011
    **Proposed** Disclosure of Expert Witnesses:   August 30, 2011

(3) Previous Dispositive Motions Cut Off date:  July 7, 2011
    **Proposed** Dispositive Motion Cut Off:    October 28, 2011

(4) Final Pre-Trial Conference Date:           November 17, 2011
    (no change)

(5) Trial:                                     January 9, 2012.

///
///

**IT IS SO STIPULATED:**

Date:  January 20, 2011                    LABOR LAW OFFICE, APC
                                           SAMUEL and SAMUEL


                                           _____/S/_____
                                           MICHAEL L. CARVER/ PETER F. SAMUEL
                                           Attorneys for Plaintiffs,
                                           CHARLES L. JONES, et al.


Date:  January 20, 2011                    LITTLER MENDELSON, APC



                                           _____/S/_____
                                           LAURA E. HAYWARD
                                           Attorney for Defendant,
                                           BOART LONGYEAR COMPANY.

## **ORDER**

Good cause appearing, the pretrial scheduling order is amended as follows:

    Non-Expert Discovery Cut Off:        June 20, 2011

    Disclosure of Expert Witnesses:      August 30, 2011

    Dispositive Motion Cut Off:          October 28, 2011


    All other dates remain unchanged.

**IT IS SO ORDERED:**

Dated:  January 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION AND [PROPOSED] ORDER AMENDING PRETRIAL SCHEDULING ORDER