1 | NANCY E. PRITIKIN, Bar No. 102392
2 | LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
3 | A Professional Corporation
650 California Street, 20th Floor
4 | San Francisco, CA  94108.2693
Telephone:  415.433.1940
5 | Fax No.:  415.743.6674

6 | Attorneys for Defendant
BOART LONGYEAR COMPANY

7 | PETER F. SAMUEL, Bar No. 72503
SAMUEL & SAMUEL
8 | 5050 Sunrise Blvd., Suite C-1
Fair Oaks, CA  95628
9 | Telephone:  916.966.4722
Fax No.:  916.962.2219
10 |
11 | Attorneys for Plaintiff
CHARLES L. JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. JONES, individually and on behalf of all others similarly situated,, <br><br>    Plaintiff, <br><br>    v. <br><br>BOART LONGYEAR COMPANY, a Utah corporation; RICHARD VANDERPLOEG; DOES 1 through 50, inclusive, <br><br>    Defendants. | Case No. 2:09 CV 00077-MCE-KJN <br><br> **STIPULATION AN ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** <br><br><br> Judge:  Hon. Morrison C. England, Jr. |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION AND PROPOSED ORDER RE: DISMISSAL WITH PREJUDICE**    Case No. 2:09 CV 00077-MCE-KJN

1    IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff Charles Jones and Defendant Boart Longyear Company, and by and through their designated counsel pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that:

1. Following the filing of the Complaint in this action, the Parties engaged in discovery and exchanged information pertaining to the alleged class claims at issue in this case;

2. Counsel for Plaintiff has diligently investigated the claims made in the Complaint, both by evaluating the information provided by Defendant and by conducting an independent investigation. The evidence provided by Defendant included written discovery and employee time and pay records;

3. After a thorough investigation of the facts and review of the law, Plaintiff's counsel has acknowledged that there are risks of proceeding with this case as a class action and concluded that the case is likely not suitable for class certification under FRCP Rule 23(a) and (b), and further, would likely not be certified under current case law related to meal and rest periods and wages for off-the-clock work.  As a result, the Parties have agreed to resolve this case on an individual basis and hereby stipulate to dismiss this action with prejudice as to Plaintiff Charles Jones (but without prejudice to the putative class).

4. The case has not been certified as a class action. Putative class members have not received notice of this action and will not be prejudiced.

5. Each party shall bear its own fees and costs.

2.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION AND PROPOSED ORDER**
**RE: DISMISSAL WITH PREJUDICE**                             Case No. 2:09 CV 00077-MCE-KJN

Dated: April 12, 2011

/s/_____
PETER F. SAMUEL
SAMUEL & SAMUEL
Attorneys for Plaintiff

Dated: April 27, 2011

/s/_____

LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BOART LONGYEAR COMPANY

**ORDER**

        Based upon the above stipulation, the Court hereby orders this case dismissed as to the named Plaintiff, Charles L. Jones, with prejudice, each party to bear its own fees and costs. This dismissal shall be without prejudice, however, as to the putative class. The Clerk of Court is directed to close this file.

        IT IS SO ORDERED.

DATED: May 4, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3.

**STIPULATION AND PROPOSED ORDER**
**RE: DISMISSAL WITH PREJUDICE**     Case No. 2:09 CV 00077-MCE-KJN